# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:12CR00051-005** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTONIO D. WHITFIELD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on January 12, 2017 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Jeffrey B. Lazarus.

The violation report was referred to Magistrate Judge William H. Baughman, Jr., who issued a Report and Recommendation on December 22, 2016 [Doc. 209]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following term of supervision had been violated:

      1) unauthorized use of drugs.

The Court found the violations to be Grade C and that defendant was a Criminal History Category V.

The Court, upon consideration of the 3553(a) factors and the Guidelines calculation, committed defendant to the custody of the Bureau of Prisons for a term of 9 months. Upon release from incarceration defendant placed back on supervised release under the same

conditions as previously imposed.  At the hearing, the Court ordered defendant to report to the U.S. Pretrial Services and Probation Department to submit to a drug test.  If defendant tests negative for illicit substances, the Court will permit defendant to self-report to commence sentence within one week of the date of this order.  If defendant tests positive for illicit substances, the Court ordered defendant be taken into custody immediately to commence sentence.

After the conclusion of the hearing, defendant's supervising Probation Officer advised the Court that defendant's test result was negative.  Accordingly, the defendant is permitted to self-report within one week of the date of this order to commence sentence.

**IT IS SO ORDERED.**


Dated: January 13, 2017                                       s/   *James S. Gwin*
                                                                            JAMES S. GWIN
                                                                            UNITED STATES DISTRICT JUDGE